1  BRENDA H. ENTZMINGER, ESQ.
   Nevada Bar No. 9800
2  TIMOTHY D. KUHLS, ESQ.
   Nevada Bar No. 13362
3  **PHILLIPS, SPALLAS & ANGSTADT LLC**
4  504 South Ninth Street
   Las Vegas, Nevada 89101
5  (702) 938-1510
   (702) 938-1511 (Fax)
6  bentzminger@psalaw.net
7  tkuhls@psalaw.net

8  *Attorneys for Defendant*
   *Sam's West, Inc. d/b/a*
9  *Sam's Club Store No. 6382*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KENTON McDONALD, an individual, | Case No.: 2:16-cv-02373-JCM-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| SAM'S WEST INC., a Foreign Corporation d/b/a SAM'S CLUB STORE NUMBER 6382; DOE Individuals 1-10; DOE EMPLOYEE; and ROE Corporations 11-20; | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

. . .
. . .
. . .
. . .
. . .
. . .
. . .

party's own costs and attorney's fees.

DATED this 7th day of February, 2017.

**COGBURN LAW OFFICES**

Erik W. Fox, Esq.
2879 St. Rose Parkway, Ste. 200
Henderson, Nevada 89052
*Attorneys for Plaintiff*

DATED this 7th day of ~~February~~ March, 2017.

**PHILLIPS, SPALLAS & ANGSTADT**

# 12980

Timothy D. Kuhls, Esq.
504 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED March 10, 2017.

_____
UNITED STATES DISTRICT JUDGE